# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  1:07 CR 285** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VERONICA MASON** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT.** | ) | |

On June 18, 2007, United States Magistrate Judge James S. Gallas issued a Report and Recommendation (Dkt. # 9) regarding the plea hearing of Veronica Mason, which was referred to the Magistrate Judge with the consent of the parties.

On May 21, 2007, the Government filed an information against Mason.  (Dkt. #1). On June 18, 2007, the Magistrate Judge held a hearing in which the Defendant entered a plea of guilty to Count 1, false claims for tax refunds, in violation of 18 U.S.C. § 287. The Magistrate Judge received the Defendant's guilty plea and issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding of guilty (Dkt. # 9).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1, in violation of 18 U.S.C. § 287. The sentencing will be held on October 9, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

**/s Peter C. Economus – October 3, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**